W.D.N.Y.<br>
08-cv-6146<br>
Siragusa, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of September, two thousand nineteen.

Present:
> Rosemary S. Pooler,
> Barrington D. Parker,
> Reena Raggi,
> > *Circuit Judges.*

Christopher Shapard,

> *Plaintiff-Appellant*,

v.                                                                                      19-922

John Attea, Correction Officer, et al.,

> *Defendants-Appellees,*

Al Herdzik, Lieutenant, et al.,

> *Defendants.*

Appellant, pro se, moves for leave to proceed in forma pauperis, appointment of counsel, and free transcripts. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed in forma pauperis is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e). It is hereby ORDERED that the motions for appointment of counsel and free transcripts are DISMISSED as MOOT.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

